IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

# INITIAL APPEARANCE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | COURTROOM MINUTES - CRIMINAL |
| | ) | BEFORE: SHANNON G. ELKINS |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:        25-mj-143 SGE |
| | ) | Date:            March 21, 2025 |
| Michael Bruce Gillis, | ) | Courthouse:   St. Paul |
| | ) | Courtroom:    Devitt Courtroom |
| Defendant, | ) | Time Commenced: 1:49 p.m. |
| | ) | Time Concluded: 1:51 p.m. |
| | | Time in Court: 2 minutes |

APPEARANCES:

   Plaintiff: Kate Buzicky, Assistant U.S. Attorney
   Defendant: Hillary Parsons
                    X Retained

   Date Charges Filed: 3/20/2025          Offense: Coercion and enticement of a minor; production of child pornography.

X Advised of Rights

on X Complaint

X Government moves for detention.
Motion is X granted, temporary detention ordered.

Next appearance date is Thursday, March 27, 2025 at 10:45 a.m. before U.S. Magistrate Judge Shannon G. Elkins in Devitt Courtroom (STP) for:
   X Detention hrg        X Preliminary hrg

X Government moves to unseal the case.   X Granted

Additional Information:
X Oral Rule5(f) Brady notice read on the record.

                                                                                       _s/aln_____
                                                                                       Signature of Courtroom Deputy