IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>       Plaintiff,  )<br>  )<br>v.  )<br>  )<br>Michael Bruce Gillis,  )<br>  )<br>       Defendant.  ) | **COURT MINUTES - CRIMINAL**<br>BEFORE:  SHANNON G. ELKINS<br>U.S. Magistrate Judge<br><br>Case No:       25-mj-143 SGE<br>Date:          March 27, 2025<br>Courthouse:    St. Paul<br>Courtroom:     Devitt Courtroom<br>Time Commenced: 10:50 a.m.<br>Time Concluded: 10:52 a.m.<br>Time in Court:  2 minutes |

X **PRELIMINARY/DETENTION HRG**
   Time in Court Prelim/Det: 1 minute/1 minute

APPEARANCES:

  Plaintiff:   Jordan Sing, Assistant U.S. Attorney
  Defendant: Hillary Parsons
       X Retained

On     X Complaint

X Deft Ordered Detained - Govt to submit proposed order.

X Probable cause found. Deft bound over to District Court of Minnesota

Additional Information:

-Defendant waives the preliminary and detention hearing.

                                                          s/*aln*
                                              Signature of Courtroom Deputy